# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:16CR3021 |
| v. | ) | |
| JUSTIN J. CATHEY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The request, treated as a motion for copies (filing no. 72), is granted in part and denied in part.

(2) The Clerk shall provide at no cost a copy of the judgment and committal order, statement of reasons, and docket sheet to the defendant.

(3) The motion is otherwise denied.

DATED this 6th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge